IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FELIX J. MELENDEZ,

      Appellant,

  v.

                                         Case No. 5D22-2796
                                         LT Case No. 2019-DR-013840

CAROLINE MELENDEZ,

      Appellee.
_____/

Opinion filed May 16, 2023

Nonfinal Appeal from the Circuit Court
for Brevard County,
Jigisa Patel-Dookhoo, Judge.

Keith McCarter, of McCarter Law
Offices, P.A., Tampa, for Appellant.

David Diaz, of Diaz Family Law
Firm, P.A., Mount Dora, for
Appellee.

PER CURIAM.

     Appellant, Felix J. Melendez, appeals numerous orders entered by the trial court subsequently to the final judgment dissolving the marriage of the parties.

We affirm the order denying Appellant's motion for contempt and the separate order temporarily suspending Appellant's time-sharing with the parties' three minor children on the authority of *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979). As to the remaining orders, we dismiss for lack of jurisdiction. The orders were either (1) rendered more than thirty days before the notice of appeal was filed or (2) not appealable under Florida Rule of Appellate Procedure 9.130. Lastly, even if we treat the appeal of these remaining orders as a petition seeking certiorari relief,[1] no irreparable harm has been shown.

AFFIRMED, in part; DISMISSED, in part.

LAMBERT, C.J., EDWARDS and SOUD, JJ., concur.

---

[1] *See* Fla. R. App. P. 9.040(c).